LAW OFFICE OF GREGORY P. CAVAGNARO
Gregory P. Cavagnaro, WSBA No. 17644
2135 112th Avenue NE
Bellevue, WA 98004

(425) 818-9441 (t)

Honorable James L. Robart
Hearing Date: September 8, 2026
Without Oral Argument

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

GALLIENNE NABILA, JANET GUZMAN, STEPHANIE RAO, SANDRA VALENCIA and VIDA GUERRA

Plaintiffs,

v.

S & J PAULINO DEVELOPMENT LLC, d/b/a FUEGO BAR LOUNGE a/k/a/ FUEGO and DISCOVERY PALLACE LLC

Defendants.

Case No. 3:25-cv-5072

ORDER GRANTING MOTION TO WITHDRAW
[~~PROPOSED~~]

THIS MATTER comes before the Court on the Motion to Withdraw filed by the Law Office of Gregory P. Cavagnaro, counsel for Defendant S&J Paulino Development LLC d/b/a Fuego Bar Lounge.

Having reviewed the motion and supporting declaration of Gregory P. Cavagnaro; Plaintiff's Opposition to Motion to Withdraw as Counsel for Defendants and Counsel's Reply, and the record herein, and finding good cause, the Court hereby ORDERS:

1. The Motion to Withdraw is GRANTED and shall be effective October 8, 2026.

2. The Law Office of Gregory P. Cavagnaro is hereby WITHDRAWN as counsel of record for Defendant S&J Paulino Development LLC d/b/a Fuego Bar Lounge as of October 8, 2026.

3. Defendant S&J Paulino Development LLC is ADVISED that, as a business entity, it must be represented by counsel admitted to practice before this Court, and it may not proceed pro se.

4. Defendants Counsel, Law Offices of Gregory P. Cavagnaro shall serve the Defendant with a copy of this Order within five days of the Order being signed by the Court and entered with the court clerk.

5. In the event Defendant fails to obtain substitute counsel, the Court may impose appropriate sanctions, including but not limited to dismissal of claims, entry of default, or other relief as may be appropriate.

6. The Clerk shall terminate Gregory P. Cavagnaro as counsel of record for Defendant S&J Paulino Development LLC on October 8, 2026.

DATED this 8th day of September, 2026.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

DATED this ____day of September, 2026.

/Gregory P. Cavagnaro/
Gregory P. Cavagnaro WSBA# 17644
Attorney for Defendant S&J Paulino Development LLC
2135 112th Ave NE
Bellevue, WA 98004
425.818.9441
greg@gcavlaw.com